**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7203**

DWONNE WASHINGTON,

Petitioner - Appellant,

v.

R. S. DUNBAR, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Bruce H. Hendricks, District Judge.  (0:23-cv-04464-BHH)

Submitted:  May 21, 2024                                    Decided:  May 24, 2024

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dwonne A. Washington, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwonne A. Washington, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Washington's 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Washington v. Dunbar*, No. 0:23-cv-04464-BHH (D.S.C., Nov. 17, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*